IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON B. JAMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BERKELEY POLICE DEPT.,<br>OFFICER BRUCE FEDULOFF,<br>OFFICER LESTER SOO, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 04-1195 MMC (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO NOTIFY COURT WHETHER HE SEEKS APPOINTMENT OF PRO BONO COUNSEL** |

　　　Plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights complaint against certain Berkeley police officers and various municipal entities, alleging violations of 42 U.S.C. § 1983 based on the use of excessive force during the course of his arrest.  By order filed September 14, 2005, the Court granted in part and denied in part defendants' motion for summary judgment, with the effect that only two individuals, Officers Bruce Feduloff ("Feduloff") and Lester Soo ("Soo"), remain as defendants to the action.  Additionally, the Court ordered the City Attorney for the City of Berkeley to notify the Court as to whether she represents defendants Feduloff and Soo in this matter, and, if so, to file an answer to the complaint on their behalf.[1]  Lastly, the Court ordered plaintiff to notify the Court as to whether he intends to prosecute this matter.  He has notified the Court that he so intends.

　　　Because plaintiff is incarcerated and the case is ready to be set for trial, and because pro

---

[1] Thereafter, the City Attorney filed an answer on behalf of said defendants.

bono counsel may be available to represent plaintiff, plaintiff shall file with the Court, within thirty (30) days of the date of this order, either a request for appointment of counsel or a notice that plaintiff intends to proceed without counsel.  If plaintiff requests appointment of counsel, the Court will endeavor to locate an attorney to represent him pro bono, i.e., at no cost to plaintiff.  Plaintiff is hereby advised that if he does not request appointment of counsel within the time afforded herein, plaintiff will continue to proceed pro se and will be required to represent himself without the assistance of counsel in all future proceedings, including trial.

IT IS SO ORDERED.

DATED: October 31, 2005

_____
MAXINE M. CHESNEY
United States District Judge