KEKER & VAN NEST, LLP
CHRISTA M. ANDERSON - #184325; canderson@kvn.com
RACHAEL E. MENY - #178514; rmeny@kvn.com
KHARI J. TILLERY - #215669 ktillery@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
SHANNON B. JAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANNON B. JAMES,<br><br>                      Plaintiff,<br><br>      v.<br><br>SERGEANT DOLTER; OFFICER LEMBI; SERGEANT LESTER SOO; OFFICER BRUCE FEDULOFF; DOES 1-10,<br><br>                      Defendant. | Case No. C 04-1195 MMC (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT** |

1  WHEREAS, Plaintiff Shannon B. James ("Plaintiff James") was ordered to file his amended complaint in the above-entitled action by April 14, 2006;

3  WHEREAS, counsel for Plaintiff James have drafted an amended complaint for Plaintiff James' review and approval;

5  WHEREAS, Plaintiff James is currently incarcerated in California State Prison Solano ("CSP-Solano");

7  WHEREAS, counsel for Plaintiff James have made numerous attempts to contact the Visiting Department at CSP-Solano to schedule a visit with Plaintiff James, so that he may review and approve the amended complaint; and

10  WHEREAS, the Visiting Department at CSP-Solano has been non-responsive to counsel's requests to schedule a visit.

12  WHEREFORE, the parties hereby STIPULATE that Plaintiff's time to file an Amended Complaint shall be extended from April 14, 2006 to April 28, 2006.

Dated:  April 14, 2006                                          KEKER & VAN NEST, LLP

                                                                By:   /s/ Khari J. Tillery
                                                                KHARI J. TILLERY
                                                                Attorneys for Plaintiff
                                                                SHANNON B. JAMES

Dated:  April 14, 2006                                          BERKELEY CITY ATTORNEY'S OFFICE

                                                                By:   /s/ Matthew Orebic
                                                                MATTHEW OREBIC
                                                                Attorney for Defendants
                                                                SERGEANT LESTER SOO; OFFICER BRUCE FEDULOFF

**IT IS SO ORDERED.**

Dated: April 14, 2006
                                                                _____
                                                                MAXINE M. CHESNEY
                                                                United States District Judge