1  KEKER & VAN NEST, LLP
   CHRISTA M. ANDERSON - #184325; canderson@kvn.com
2  RACHAEL E. MENY - #178514; rmeny@kvn.com
   KHARI J. TILLERY - #215669 ktillery@kvn.com
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Plaintiff
6  SHANNON B. JAMES

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | SHANNON B. JAMES,                          | Case No. C 04-1195 MMC (PR)
13 |                      Plaintiff,            | **STIPULATION AND [PROPOSED]
   |                                            | ORDER REGARDING THE FILING OF
14 | v.                                         | PLAINTIFF'S AMENDED COMPLAINT**
15 | SERGEANT DOLTER; OFFICER LEMBI;
   | SERGEANT LESTER SOO; OFFICER
16 | BRUCE FEDULOFF; DOES 1-10,
17 |                      Defendant.

1    WHEREAS, the Court previously gave Plaintiff Shannon B. James ("Plaintiff James")
2 time to draft an amended complaint and directed the parties to try and reach a stipulation
3 regarding the filing of the amended complaint, if possible;

4    WHEREAS, counsel for Plaintiff James drafted a proposed amended complaint, and
5 counsel for the Berkeley Police Department defendants reviewed the proposed amended
6 complaint, but the parties could not reach agreement regarding several details in Plaintiff's
7 proposed amended complaint;

8    WHEREAS, Plaintiff James filed a motion for leave to file his proposed amended
9 complaint on April 26, 2006;

10    WHEREAS, counsel for Plaintiff James has now confirmed that Plaintiff James is not
11 currently seeking damages for the alleged police chase of plaintiff's car;

12    WHEREAS, counsel for the Berkeley Police Department defendants has now confirmed
13 that Plaintiff James will be entitled to seek discovery into facts related to the alleged car chase in
14 order to determine if facts warrant an amendment seeking damages based on the alleged car
15 chase; and

16    WHEREAS, based upon these confirmations, the parties have now reached agreement
17 that plaintiff James can file the proposed amended complaint attached hereto as Exhibit A;

18    NOW THEREFORE, the parties hereby stipulate to, and request that the Court enter the
19 following orders:

20    a) Plaintiff James can file the amended complaint attached hereto as Exhibit A. This
21       complaint shall be filed within 2 court days after entry of this order; and

23 //

25 //

27 //

1

STIPULATION AND [PROPOSED] ORDER RE: FILING OF PLAINTIFF'S AMENDED COMPLAINT
CASE NO. C 04-1195 MMC (PR)

372692.01

b) Plaintiff James' previously filed Motion for Leave to File Amended Complaint is hereby withdrawn and the June 2, 2006 hearing date for this motion is vacated.

Dated: May ___, 2006

KEKER & VAN NEST, LLP

By: _____/s/_____
RACHAEL E. MENY
Attorneys for Plaintiff
SHANNON B. JAMES

Dated: May ___, 2006

BERKELEY CITY ATTORNEY'S OFFICE

By: _____/s/_____
MATTHEW OREBIC
Attorney for Defendants
SERGEANT LESTER SOO; OFFICER BRUCE FEDULOFF

**IT IS SO ORDERED.**

Dated: May 10, 2006

_____
MAXINE M. CHESNEY
United States District Judge