1  MANUELA ALBUQUERQUE, City Attorney      SBN 67464
   MATTHEW J. OREBIC, Deputy City Attorney   SBN 124491
2  MOrebic@ci.berkeley.ca.us
   2180 Milvia Street, Fourth Floor
3  Berkeley, CA 94704
   TEL.: (510) 981-6950
4  FAX.: (510) 981-6960

5  Attorneys for Defendants Sgt. Lester Soo,
   Officer Bruce Feduloff, and Officer Anthony Lau

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| **SHANNON B. JAMES,** | **NO. C 04 1195 MMC** |
| Plaintiff, | ~~APPLICATION AND~~ **ORDER TO EXCUSE BERKELEY SGT. SOO, OFFICER FEDULOFF, AND OFFICER LAU, FROM ATTENDING THE SETTLEMENT CONFERENCE** |
| v. | |
| **SGT. DOLTER, ET AL.,** | |
| Defendants. | Date: July 31, 2006<br>Time: 9:00 a.m.<br>Ctrm: A 15th floor<br>Magistrate Joseph C. Spero |

Defendants Berkeley Police Sgt. Lester Soo, Officer Bruce Feduloff, and Officer Anthony Lau request permission not to attend the Settlement Conference in this case set for July 31, 2006. All three officers are represented by undersigned defense counsel from the Berkeley City Attorney's office. By local law, the City Attorney's office has the sole authority to enter into a settlement up to $15,000 and also has the sole authority to recommend a settlement to the City Council for any amount greater than $15,000. The City of Berkeley also indemnifies and defends the officers under the terms of California Government Code section 825.

Officer Feduloff no longer works for the City of Berkeley and Officer Lau works at night. Sgt. Soo does work on weekdays, but he is needed for police duties. Therefore, it would impose

a great hardship on the officers and the City to require these officers attend the settlement conference. Since the City Attorney's office is the City Council's delegated representative for settlement conferences, and the officers have no authority to recommend a settlement to the Council, undersigned defense counsel requests that the officers not be required to attend.

Plaintiff's counsel, Khari Tillery, informed undersigned counsel that he has no objection to this request that the officers not be required to attend.

Dated: July 17, 2006

MANUELA ALBUQUERQUE, City Attorney  
MATTHEW J. OREBIC, Deputy City Attorney

By:     /s/  
MATTHEW J. OREBIC  
Attorneys for the Berkeley officers

ORDER

IT IS SO ORDERED

DATED: July 18, 2006

IT IS SO ORDERED  
Judge Joseph C. Spero

JOSEPH C. SPERO  
United States Magistrate Judge